IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY WESLEY HURLEY and MELINDA JANETTE KENNINGTON, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:15-CV-1149-M (BH) |
| CRUM TRUCKING, INC. and RODNEY RUMSEY, | § § § § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Plaintiff Johnny Wesley Hurley's Motion to Dismiss Without Prejudice or Alternatively Motion to Withdraw,* filed April 14, 2016 (doc. 30), is **GRANTED**, and his claims will be dismissed without prejudice by separate judgment.

**SIGNED** this 27th day of May, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE