## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHNNY WESLEY HURLEY and<br>MELINDA JANETTE KENNINGTON | § § § | |
| Plaintiffs, | § § | |
| vs. | § | Civil Action No.: 3:15CV1149-M |
| | § | |
| CRUM TRUCKING, INC. and<br>RODNEY RUMSEY | § § § | |
| Defendants. | § § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW, MELINDA JANETTE KENNINGTON, Plaintiff in the above-styled and numbered cause of action and file this, her Agreed Motion for Dismissal, with Prejudice, and as grounds therefore would show unto the Court that the parties herein have entered into an accord and settlement in this cause and that the consideration for such settlement has agreed to be paid in full and that the parties have agreed that an Order for Dismissal, with prejudice, should be entered as to the Defendants, CRUM TRUCKING, INC. and RODNEY RUMSEY.

Respectfully submitted,

**THE BASSETT FIRM**


*/s/ Mathew Samuel*
**MIKE H. BASSETT**
mbassett@thebassettfirm.com
SBN:  01890500
**MATHEW SAMUEL**
msamuel@thebassettfirm.com
SBN: 24025631
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219
(214) 219-9900 Telephone
(214) 219-9456 Facsimile

**ATTORNEYS FOR DEFENDANT,
CRUM TRUCKING, INC.
and RODNEY RUMSEY**



**NEGEM & WORTHINGTON**


*/s/ Joe M. Worthington*
**JIMMY M. NEGEM**
SBN: 14865500
Jimmy@negemlaw.com
**JOE M. WORTHINGTON**
Joe@negemlaw.com
SBN: 22009950
440 South Vine Ave.
Tyler, Texas 75702
(903) 595-4466 Telephone
(903) 593-3266 Facsimile

**ATTORNEY FOR PLAINTIFF,
MELINDA JANETTE KENNINGTON**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of June, 2016, the undersigned counsel caused a true and correct copy of the above and foregoing document to be served upon all counsel of record, via the Court's ECF system, in accordance with the Federal Rules of Civil Procedure.

*/s/ Mathew Samuel*
**MATHEW SAMUEL**
