UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELINDA JANETTE KENNINGTON, | § § § § | |
| Plaintiff, | | |
| v. | § § § | No. 3:15-cv-1149-M |
| CRUM TRUCKING, INC. and RODNEY RUMSEY | § § § § | |
| Defendants. | § | |

### ORDER

Before the Court is the parties' Agreed Motion for Dismissal with Prejudice [Docket Entry #54]. The Motion is **GRANTED**. This case is hereby **DISMISSED** with prejudice. Taxable costs of court shall be paid by the party incurring same.

**SO ORDERED.**

June 6, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1